HARRY STEINER, Appellant, v. ANTON THOMAS, Respondent. MILTON GOLD-STEIN, Plaintiff, v. ANTON THOMAS, Defendant.— Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

THE VOGES MANUFACTURING CO., INC., Appellant, v. INTERNATIONAL DIESEL ELECTRIC COMPANY, INC., Respondent.— Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

ELLWOOD H. WILLETTS, Respondent, v. FRUEHAUF TRAILER COMPANY, Appellant.— Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

MARIE YOUNG et al., Respondents, v. THE PARK COMMISSIONERS OF THE CITY OF PEEKSKILL, Appellant.— Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

JACK BACHER, Appellant, v. ELIAS BACHER, Respondent.— (Conway v. Naylor, 222 N. Y. 437; Dollard v. Roberts, 130 N. Y. 269; Palmer v. Dearing, 93 N. Y. 7; Leshinsky v. Cohen, 262 App. Div. 775.) Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event. Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

ANTHONY A. CASTELLANO et al., Respondents, v. CIRCLE CONSTRUCTION CORPORATION, Appellant and Respondent, and JOSEPH BREEN, INC., Appellant.— No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.